JS-6

FILED
CLERK, U.S. DISTRICT COURT

9/18/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CHARLES BUTLER, <u>et al.</u>                  )    Case No. CV 19-6536 FMO (JCx)
                                               )
        Plaintiffs,            )
                                               )
        v.                     )    **JUDGMENT**
                                               )
UNITED STATES OF AMERICA, <u>et al.</u>,       )
                                               )
        Defendants.            )
_____ )

      **IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 18th day of September, 2019.

                                           /s/
                                  Fernando M. Olguin
                             United States District Judge